```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/23/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

DELVIS VARGAS,

        Plaintiff,

-against-

UNITED STATES OF AMERICA,

        Defendant.
------------------------------------X

**ORDER**

08 Civ. 0097 (DC)

DENNY CHIN, U.S.D.J.

    The Clerk of Court is to serve a copy of this order and the underlying petition by first-class mail upon the United States Attorney's Office for the Southern District of New York. The United States is to respond to the motion by 2/19/08.

SO ORDERED.

                                    DENNY CHIN
                                United States District Judge

Dated: 1/18/08
New York, New York